TICS, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS. C. A. 5th Cir. Certiorari denied.

No. 11–49. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. v. ABU-JAMAL. C. A. 3d Cir. Certiorari denied.

No. 11–115. KENDALL v. BALCERZAK ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–119. LIBERTARIAN PARTY OF NEW HAMPSHIRE ET AL. v. GARDNER, SECRETARY OF STATE OF NEW HAMPSHIRE. C. A. 1st Cir. Certiorari denied.

No. 11–123. ACCUMARINE TRANSPORTATION, LP v. REGIONS EQUIPMENT FINANCE CORP. C. A. 5th Cir. Certiorari denied.

No. 11–125. HOLMES v. EAST COOPER COMMUNITY HOSPITAL, INC., ET AL. Sup. Ct. S. C. Certiorari denied.

No. 11–126. MYERS v. ARKANSAS DEPARTMENT OF HUMAN SERVICES (Reported below: 2011 Ark. 182, 380 S. W. 3d 906); KRAVITZ ET VIR v. ARKANSAS DEPARTMENT OF HUMAN SERVICES (2011 Ark. 185, 380 S. W. 3d 927); PARRISH ET UX. v. ARKANSAS DEPARTMENT OF HUMAN SERVICES (2011 Ark. 179); REID v. ARKANSAS DEPARTMENT OF HUMAN SERVICES (2011 Ark. 187, 380 S. W. 3d 918); and SEAGO v. ARKANSAS DEPARTMENT OF HUMAN SERVICES (2011 Ark. 184, 380 S. W. 3d 894). Sup. Ct. Ark. Certiorari denied.

No. 11–132. SOHAL v. DARRELL AND JANE SMITH FAMILY PARTNERSHIP ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–147. NORDGULEN v. AMERICAN FAMILY MUTUAL INSURANCE ET AL. Ct. App. Wis. Certiorari denied.

No. 11–149. DONLEY v. ORDENEAUX ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–158. DIBLASIO ET AL. v. NOVELLO ET AL. C. A. 2d Cir. Certiorari denied.